_____

No. 96-1572
_____

Jay L. Werner,                        *
                                      *
          Appellant,                  *
                                      *    Appeal from the United States
     v.                               *    District Court for the
                                      *    Western District of Missouri.
Stephen L. Hill, United States        *          [UNPUBLISHED]
Attorney, Western District of         *
Missouri,                             *
                                      *
          Appellee.                   *

_____

                  Submitted:  July 30, 1996

                      Filed:  August 2, 1996
                  _____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
                  _____

PER CURIAM.

     Jay L. Werner appeals from the district court's[1] order dismissing his
declaratory-judgment action challenging the constitutionality of Federal
Rule of Criminal Procedure 6(d) and 28 U.S.C. § 515 (1994).  Having
reviewed the record and the parties' briefs, we conclude that the district
properly dismissed the action.  Accordingly, we affirm.  See 8th Cir. R.
47B.

     A true copy.

          Attest:


                CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Ortrie D. Smith, United States District Judge
for the Western District of Missouri.